UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DANNY JAMES COHEA, | CASE No. 1:12-cv-01739-LJO-MJS |
|---|---|
| Plaintiff, | ORDER REINSTATING PLAINTIFF'S IN FORMA PAUPERIS STATUS AND GRANTING PLAINTIFF THIRTY (30) DAYS LEAVE TO FILE FIRST AMENDED COMPLAINT |
| v. | |
| NANCY GRANNIS, et al., | |
| Defendants. | (ECF No. 27) |

Plaintiff Danny James Cohea is a state prisoner pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. On August 30, 2013, the Court issued an order revoking Plaintiff's in forma pauperis status. (ECF No. 13.) Plaintiff appealed on November 13, 2013 (ECF No. 19) and the Ninth Circuit Court of Appeal determined that Plaintiff's in forma pauperis status was improperly revoked (ECF No. 27).

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's in forma pauperis status (ECF No. 7) is reinstated and the Court's August 30, 2013 order (ECF No. 13) is vacated;

2. Plaintiff shall file an amended complaint within thirty (30) days; and

3. The Clerk of the Court shall provide Plaintiff with a copy of ECF Nos. 1 and 9 from the docket in this action.

IT IS SO ORDERED.

Dated: December 1, 2014            /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE